02-CV-01363L-MISC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIVOTAL CORPORATION,

    Plaintiffs,

vs.

INTERPATH COMMUNICATIONS, INC.,

    Defendants.

NO. C02-1363L

ORDER OF DISMISSAL

It having been reported to the Court on June 27, 2003, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

DATED this 30th day of June, 2003.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL